JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS,<br>Plaintiff,<br>v.<br>BENNY ALIAV, et al.,<br>Defendants. | Case No. 2:26-cv-07173-FLA (MBKx)<br>**ORDER DISMISSING ACTION [DKT. 17]** |

On September 15, 2026, Plaintiff Luz Zendejas ("Plaintiff") filed a Notice of Dismissal of Entire Action ("Notice of Dismissal"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 17. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. The court's July 21, 2026 Order to Show Cause ("OSC"), Dkt. 12, is DISCHARGED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: September 16, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge